# EXHIBIT A

# Exhibit A (Jose Segura)

| Week | Av. Hours/Wk. | Hours Over 40 | Hrly. Wage | MW/Hr. | Unpaid MW | Unpaid OT | FLSA Liquidated |
|---|---|---|---|---|---|---|---|
| 7/3/2022 | 84 | 44 | $25.00 | $0.00 | $0.00 | $550.00 | $550.00 |
| 7/10/2022 | 84 | 44 | $25.00 | $0.00 | $0.00 | $550.00 | $550.00 |
| 7/17/2022 | 84 | 44 | $25.00 | $0.00 | $0.00 | $550.00 | $550.00 |
| 7/24/2022 | 84 | 44 | $25.00 | $0.00 | $0.00 | $550.00 | $550.00 |
| 7/31/2022 | 84 | 44 | $25.00 | $0.00 | $0.00 | $550.00 | $550.00 |
| 8/7/2022 | 84 | 44 | $25.00 | $0.00 | $0.00 | $550.00 | $550.00 |
| 8/14/2022 | 84 | 44 | $25.00 | $0.00 | $0.00 | $550.00 | $550.00 |
| 8/21/2022 | 84 | 44 | $25.00 | $0.00 | $0.00 | $550.00 | $550.00 |
| 8/28/2022 | 84 | 44 | $25.00 | $0.00 | $0.00 | $550.00 | $550.00 |
| 9/4/2022 | 84 | 44 | $25.00 | $0.00 | $0.00 | $550.00 | $550.00 |
| 9/11/2022 | 84 | 44 | $25.00 | $0.00 | $0.00 | $550.00 | $550.00 |
| 9/18/2022 | 84 | 44 | $25.00 | $0.00 | $0.00 | $550.00 | $550.00 |
| 9/25/2022 | 84 | 44 | $25.00 | $0.00 | $0.00 | $550.00 | $550.00 |
| 10/2/2022 | 84 | 44 | $25.00 | $0.00 | $0.00 | $550.00 | $550.00 |
| 10/9/2022 | 84 | 44 | $25.00 | $0.00 | $0.00 | $550.00 | $550.00 |
| 10/16/2022 | 84 | 44 | $25.00 | $0.00 | $0.00 | $550.00 | $550.00 |
| 10/23/2022 | 84 | 44 | $25.00 | $0.00 | $0.00 | $550.00 | $550.00 |
| 10/30/2022 | 84 | 44 | $25.00 | $0.00 | $0.00 | $550.00 | $550.00 |
| 11/6/2022 | 84 | 44 | $25.00 | $0.00 | $0.00 | $550.00 | $550.00 |
| 11/13/2022 | 84 | 44 | $25.00 | $0.00 | $0.00 | $550.00 | $550.00 |
| 11/20/2022 | 84 | 44 | $25.00 | $0.00 | $0.00 | $550.00 | $550.00 |
| 11/27/2022 | 84 | 44 | $25.00 | $0.00 | $0.00 | $550.00 | $550.00 |
| 12/4/2022 | 64 | 24 | $28.13 | $0.00 | $0.00 | $337.56 | $337.56 |
| 12/11/2022 | 64 | 24 | $28.13 | $0.00 | $0.00 | $337.56 | $337.56 |
| 12/18/2022 | 64 | 24 | $28.13 | $0.00 | $0.00 | $337.56 | $337.56 |
| 12/25/2022 | 64 | 24 | $28.13 | $0.00 | $0.00 | $337.56 | $337.56 |
| 1/1/2023 | 64 | 24 | $28.13 | $0.00 | $0.00 | $337.56 | $337.56 |
| 1/8/2023 | 64 | 24 | $28.13 | $0.00 | $0.00 | $337.56 | $337.56 |
| 1/15/2023 | 64 | 24 | $28.13 | $0.00 | $0.00 | $337.56 | $337.56 |
| 1/22/2023 | 64 | 24 | $28.13 | $0.00 | $0.00 | $337.56 | $337.56 |
| 1/29/2023 | 64 | 24 | $28.13 | $0.00 | $0.00 | $337.56 | $337.56 |
| TOTALS: | | 1184 | | | | $15,138.04 | $15,138.04 |

| Unpaid Hours | Unpaid OT Hour | Hrly. Wage | FLSA Liquidated |
|---|---|---|---|
| 240 | 144 | $ 28.13 | $ 12,827.28 |